*Messrs. H. Lowndes Maury, John A. Smith,* and *N. A. Rotering,* for Relator.

---

No. 3,101.—G. H. McINTYRE, RESPONDENT, *v.* GEO. W. McANENY & CO., APPELLANT.

*Appeal from District Court, Teton County; H. H. Ewing, Judge.*

Decided December 18, 1911.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, heretofore submitted, is, after due consideration by the court, sustained and the appeal is hereby dismissed.

*Mr. Howard E. Washburn,* for Appellant.

---

No. 2,953.—EMMA FOSTER, RESPONDENT, *v.* E. A. WINSTANLEY, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided December 28, 1911.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed without prejudice to reinstate.

*Messrs. Nolan & Donovan,* for Appellant.